# ALABAMA COURT OF CRIMINAL APPEALS



September 19, 2025

**CR-2025-0245**
Aaron Lamont Johnson v. State of Alabama (Appeal from Jefferson Circuit Court: CC-95-521.67)

## NOTICE

You are hereby notified that on September 19, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk